EVADE, LLC, Appellant

v.

**UNDER ARMOUR, INC.,**
Cross-Appellant

2016-1531
2016-1532

United States Court of Appeals,
Federal Circuit.

February 28, 2017

JOHN L. WELCH, Wolf, Greenfield & Sacks, PC, Boston, MA, argued for appellant.

LEIGH LINDQUIST, Sughrue Mion, PLLC, Washington, DC, argued for cross-appellant. Also represented by GARY D. KRUGMAN.

### JUDGMENT

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: ·

PER CURIAM (NEWMAN, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

No costs.